MICHAEL BAILEY
United States Attorney
District of Arizona

ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

2020 NOV 12 P 4:39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02527 TUC-JAS(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1594(c) and 1591 (Conspiracy to Commit Sex Trafficking of Minors) Count 1 |
| Siegfried Fuhrmann, | |
| Defendant. | 18 U.S.C. §§ 1591(a) and 1591(b)(2) (Sex Trafficking of a Minor) Counts 2-9 |
| | 18 U.S.C. § 2423(c) (Engaging in Illicit Sexual Conduct in a Foreign Place) Count 10 |
| | 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) Count 11 |
| | 18 U.S.C. § 2251(c) (Production of Child Pornography) Count 12 |
| | 18 U.S.C. § 2251A(b) (Selling or Buying Children) Count 13 |

THE GRAND JURY CHARGES:

## COUNT 1

### CONSPIRACY TO COMMIT SEX TRAFFICKING OF MINORS

From a date unknown to on or about the July 7, 2019, in the District of Arizona, Defendant SIEGFRIED FUHRMANN did conspire, confederate, and agree with other persons to knowingly recruit, entice, harbor, transport, provide, obtain, maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, maintained, in and affecting interstate or foreign commerce, Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7 and Jane Doe 8, all persons who had not attained the age of 18 and were caused to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1594(c) and 1591.

## COUNT 2

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 1, knowing and in reckless disregard of the fact that Jane Doe 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 3

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially,

and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 2, knowing and in reckless disregard of the fact that Jane Doe 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 4

## SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 3, knowing and in reckless disregard of the fact that Jane Doe 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 5

## SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 4, knowing and in reckless disregard of the fact that Jane Doe 4 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 6

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 5, knowing and in reckless disregard of the fact that Jane Doe 5 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 7

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 6, knowing and in reckless disregard of the fact that Jane Doe 6 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 8

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed,

harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 7, knowing and in reckless disregard of the fact that Jane Doe 7 has not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 9

### SEX TRAFFICKING OF A MINOR

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona and elsewhere, Defendant SIEGFRIED FUHRMANN did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, benefit financially, and receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate or foreign commerce, Jane Doe 8, knowing and in reckless disregard of the fact that Jane Doe 8 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

## COUNT 10

### ENGAGING IN ILLICIT SEXUAL CONDUCT IN A FOREIGN PLACE

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona, Defendant SIEGFRIED FUHRMANN did travel in foreign commerce, and did engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person.

All in violation of Title 18, United States Code, Section 2423(c).

## COUNT 11

### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT

Between on or about March 31, 2018 and on or about the July 7, 2019, in the District of Arizona, Defendant SIEGFRIED FUHRMANN, a United States citizen, did travel in foreign commerce for the purpose of engaging in an any illicit sexual conduct, as defined

in Title 18, United States Code, Section 2423(f), with another person.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT 12

## PRODUCTION OF CHILD PORNOGRAPHY

On or about July 7, 2019, in the District of Arizona, Defendant SIEGFRIED FUHRMANN, employed, used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct outside of the United States, its territories and possessions, for the purpose of producing a visual depiction of such conduct, and the defendant intended such visual depiction to be transported to the United States, its territories and possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail and transported such visual to the United States, its territories and possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

All in violation of Title 18, United States Code, Section 2251(c).

## COUNT 13

## SELLING OR BUYING CHILDREN

Between on or about March 31, 2018 and on or about July 7, 2019, in the District of Arizona, Defendant SIEGFRIED FUHRMANN did purchase, offer to purchase, obtain custody and control of minors with knowledge that as a consequence of the purchase and obtaining custody, the minors would be portrayed in a visual depiction engaging in and assisting another person to engage in sexually explicit conduct and SIEGFRIED FUHRMANN traveled in and affecting interstate and foreign commerce and the offer was communicated using any means or facility of interstate or foreign commerce and was in and affecting interstate and foreign commerce by any means including by computer.

//
//
//
//

All in violation of Title 18, United States Code, Section 2251A(b).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Date: November 12, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
_____
ERICA L. SEGER
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE