JON M. SANDS
Federal Public Defender
**JAY V. SAGAR**
Assistant Federal Public Defender
State Bar No. 024111
jay_sagar@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone:  (520) 879-7500, Fax: (520) 879-7600
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Siegfried Fuhrmann,<br><br>            Defendant. | CR20-2527-TUC-JAS (DTF)<br><br>**NOTICE OF APPEARANCE<br>AS CO-COUNSEL** |

Notice is hereby given, in accordance with LRCrim 57.14 and LRCiv 83.3 of the Rules of Practice for the United States District Court for the District of Arizona, that Assistant Federal Public Defender, Jay V. Sagar, is appearing as co-counsel in the above-referenced matter.  Assistant Federal Public Defender Elena M Kay will remain as lead counsel.

RESPECTFULLY SUBMITTED:          October 14, 2021.

JON M. SANDS
Federal Public Defender
*/s/ Jay V. Sagar*
JAY V. SAGAR
Assistant Federal Public Defender