# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Siegfried Fuhrmann,<br><br>            Defendant. | No. 4:20-cr-02527-JAS-1<br><br>**ORDER FOR A PRESENTENCE PSYCHOSEXUAL ASSESSMENT** |

Based upon the defendant's guilty plea, the plea agreement, and the recommendation of Probation, pursuant to 18 U.S.C. 3552(b),

IT IS HEREBY ORDERED that the defendant submit to a presentence study to include a psychosexual assessment, included but not limited to physiological testing and a polygraph examination, such study conducted by Mountain Valley Counseling and Associates, Inc. at 1201 E. Palmdale St., Ste. 110, Tucson, Arizona, 85714, under the direction of the Probation Department, and shall not exceed $2050.00; and

IT IS FURTHER ORDERED that such study must be performed within 60 days unless an extension is granted by this court for an additional sixty days; and

IT IS FURTHER ORDERED that the defendant is to contribute to the cost of such assessment in an amount to be determined by the Probation Department after its review of the financial and other information obtained in connection with the presentence investigation in this case; and

IT IS FURTHER ORDERED that Mountain Valley Counseling and Associates, Inc. prepare a written report containing any recommendations that will be helpful to the Court in determining the appropriate supervision conditions at sentencing and release all reports and information regarding this study and assessment to the parties and to the Probation Department.

Dated this 26th day of July, 2022.

Honorable James A. Soto
United States District Judge